UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 4, 2009

Case No.:  CR 08-0730 WHA

Title:  UNITED STATES -v-

IVAN CERNA  (custody) - Counsel: Christopher Cannon
MARVIN CARCAMO (custody)(int.) - Counsel: Martin Sabelli specially for Ellen Leonida
ANGEL NOEL GUEVARA (custody)(int.) - Counsel: Harris Tayback
MORRIS FLORES (custody) - Counsel: Mark Rosenbush
GUILLERMO HERRERA (custody)(int.) - Counsel: Martin Sabelli
JONATHAN CRUZ-RAMIREZ (custody)(int.) - Counsel: Susan Raffanti
WALTER CRUZ-ZAVALA (custody)(int.) - Counsel: Brian Berson for Randy Sue Pollack
WALTER PALMA (custody) - Counsel: Tony Brass
DANIEL PORTILLO (custody)(int.) - Counsel: Harry Singer for Jeffry Glenn
ERICK LOPEZ (custody) - Counsel: Peter Goodman
CARLOS GARRIDO (custody) (int.) - Counsel: Phil Vaughns
WALTER CHINCHILLA-LINAR (custody)(int.) - Counsel: Ann Moorman
CESAR ALVARADO (custody)(int) - Counsel: Mark Goldrosen
DOUGLAS LARGAESPADA (custody) - Counsel: Susan Raffanti for Erik Babock
WILBERT CASTILLO (custody) (int.) - Counsel: Martin Sabelli for Frank Bell
MELVIN MALDONADO (custody)(int.) - Counsel: Brian Berson
MANUEL FRANCO (custody) - Counsel: Ann Moorman/Dennise Henderson for Gerri Green
RODRIGO MOLINA (custody)(int.) - Counsel: Martin Sabelli for Ian Loveseth
MAURICIO URIAS (custody) - Counsel: Brendan Conroy
JUDITH SOSA (present, out of custody) - Counsel: Ethan Balogh
JOHN LACSAMAN BRIEZ (custody) - Counsel: Christopher Dove for John Runfola
ARISTIDES CARCAMO (custody)(int.) - Counsel: Harris Taback for Shana Keating
RAFAEL MONTOYA (custody)(int.) - Counsel: August Gugelmann for Ed Swanson
RENE MONTES-MAYORGA (custody)(int.) - Counsel: George Boisseau
RODIL NOCHEZ (NOT present, out of custody)(int.) - Counsel: Seth Chazin
DANIEL GONZALEZ (custody) - Counsel: Nina Wilder

Counsel for Government: Wilson Leung

Third-Party SFPD: Ronnie Wagner (In House Counsel)

Spanish Interpreters: Nina Safdie; Victor Martinez; Angela Zadwadski

Deputy Clerk: Dawn Toland              Court Reporter: Sahar McVickar

CR08-0730 WHA
Minute Order August 4, 2009
Page Two

## PROCEEDINGS

1)   Evidentiary Hearing - HELD

2)

Case continued to  **8/18/09 at 1:00 pm**  for Stage Two Motions

**ORDERED AFTER HEARING:**

All of the Spanish Interpreters were sworn-in at the beginning of the proceedings.

Defendant Rodil Nochez counsel advised the Court that the defendant did not appear at the hearing because he is at work.  Court will waive the defendants appearance.

Defendant's request to exclude witnesses during the evidentiary hearing was granted. Defendants' called witnesses Sargent Dion McDonald and Sargent Mario Molina. Defendant's exhibits A through G were admitted into evidence.  Court will allow the defense to call one additional witness Christopher Merendino.  Parties shall contact the clerk to confirm a date for the further evidentiary hearing.

Defendant Judith Sosa shall file a response to the Government's Motion to Quash Subpoenas by noon on 8/7/09.  Court granted the defendants oral motion to produce all transcripts in this case.

Court held a separate hearing with defendant Rodrigo Molina. Attorneys Martin Sabelli and Chris Cannon appeared and will contact Ian Loveseth for follow up.