United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MAURICIO URIAS and JUDITH SOSA

Defendants.

No. CR 08-0730 WHA

**ORDER FOLLOWING EVIDENTIARY HEARING**

Special Agent John Moore testified at the evidentiary hearing on January 13, 2010, regarding audio files that have been produced by the government to defendants but for which speakers have not been identified by the government. He also testified about audio files that have not been produced by the government and do not appear on the government's index. At the joint suggestion of the parties, this hearing will continue at 9:00 a.m. on January 22, 2010. In the meantime, the government will attempt to identify the unidentified speakers and missing recordings and will provide that information to defendants Urias and Sosa on a rolling basis as it is available. Special Agent Moore is ordered to attend the January 22 hearing in the event that further testimony from him is necessary.

A *Franks* hearing was also held on January 13 regarding defendant Urias's motion to suppress the search warrant of October 20, 2008. By **NOON ON JANUARY 15, 2010**, the government is ordered to submit a date by which it can produce confidential informant CS-2 for examination regarding paragraph 40 of the affidavit in support of the search warrant and CS-2's debriefing with Special Agent Christopher Merendino after CS-2's telephone call to defendant Urias on October 15, 2008.

The parties were previously ordered to submit transcripts of recorded conversations to the undersigned for *in camera* review to the extent that they dispute the accuracy of the opposing side's transcriptions or translations. At the parties' joint request, the date by which these transcripts must be submitted for *in camera* review is advanced to noon on **JANUARY 27, 2010**.

**IT IS SO ORDERED.**

Dated: January 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE