IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MAURICIO URIAS and JUDITH SOSA

    Defendants.

No. CR 08-0730 WHA

**ORDER DENYING AS MOOT DEFENDANT URIAS'S MOTION TO SUPPRESS EVIDENCE**

In light of defendant Mauricio Urias's guilty plea in this matter, his motion to suppress evidence seized during the search of his residence is **DENIED AS MOOT**. A previous order held that defendant Urias had made a substantial showing that the affidavit in support of the search warrant of his residence misrepresented a telephone conversation between defendant Urias and confidential informant CS-2. CS-2 was scheduled to testify regarding this telephone conversation at a *Franks* hearing on February 2, 2010. That hearing is **VACATED AS MOOT**.

Co-defendant Judith Sosa filed a notice of joinder with defendant Urias's motion to suppress. Although defendant Sosa stated that she "adopts the arguments" made in defendant Urias's motion, she did not explain how a motion to suppress the evidence resulting from the search of Urias's residence pertained to her. A previous order found that the search of her own residence was made pursuant to her consent and later pursuant to a different search warrant.

**United States District Court**
For the Northern District of California

1  Defendant Sosa was also not a participant in the telephone call between defendant Urias and
2  CS-2 at issue in defendant Urias's motion.  For these reasons, her motion for joinder is **DENIED**.
3
4      **IT IS SO ORDERED.**
5
6  Dated:  January 28, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE