JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6758/7301
   Facsimile: (415) 436-6753
   E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No: S3-CR-08-0730-WHA |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER |
| MAURICIO URIAS, | |
| Defendant. | |

The Government respectfully submits this Stipulation and [Proposed] Order to request a continuance of the April 20, 2010 sentencing in the above-captioned matter. It is hereby stipulated and agreed between the parties that:

1. On January 28, 2010, the defendant, Mauricio Urias, pled guilty to Counts One, Thirty-Five, Thirty-Six, Thirty-Seven, Thirty-Eight, Thirty-Night, Forty, Forty-One, Forty-Two, and Forty-Three of the above-captioned Third Superseding Indictment. Sentencing was scheduled for April 20, 2010.

//

2. Because of the number and complexity of the charges to which the defendant pled guilty, the defendant requires additional time to prepare for sentencing. The Government has no objection to this request. Accordingly, the parties respectfully jointly request a continuance of the April 20, 2010 sentencing date until May 18, 2010 to provide the defendant with additional time to prepare for his sentencing.

SO STIPULATED

JOSEPH P. RUSSONIELLO
United States Attorney


By:     /s/
W.S. WILSON LEUNG
CHRISTINE Y. WONG
Assistant United States Attorneys


    /s/
BRENDAN CONROY
Counsel for Mauricio Urias


FOR THE REASONS SET FORTH ABOVE, IT IS HEREBY ORDERED that the defendant's sentencing shall be continued from April 20, 2010 until May 18, 2010 at 2:00 pm.
IT IS SO ORDERED.

March 18, 2010.



HON. WILLIAM ALSUP
United States District Judge