BRENDAN CONROY CSB 114726
Attorney at Law
255 Kansas St. Ste. 340
San Francisco CA 94103
415-565-9600

Attorney for Defendant
URIAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 08-00730-WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| MAURICIO URIAS, et al, | |
| Defendant. | |

The parties respectfully submits this Stipulation and [Proposed] Order to request a continuance of the May 18, 2010 sentencing in the above-captioned matter. It is hereby stipulated and agreed between the parties that:

1. On January 28, 2010, the defendant, Mauricio Urias, pled guilty to Counts One, Thirty-Five, Thirty-Six, Thirty-Seven, Thirty-Eight, Thirty-Night, Forty, Forty-One, Forty-Two, and Forty-Three of the above-captioned Third Superseding Indictment. Sentencing was scheduled for May 18, 2010.

2. The defendant may be eligible for "safety-valve" relief pursuant to 18 U.S.C. § 3553(f). However, in order to meet the requirements of § 3553(f), prior to sentencing, the defendant must meet with the Government and truthfully provide information relating to the offenses to which he pled guilty. That process has not been completed.

3. Accordingly, the parties jointly request a continuance of the May 18, 2010

1

sentencing date until July 20, 2010 to provide the parties with additional time to complete the safety-valve process.

SO STIPULATED

JOSEPH P. RUSSONIELLO
United States Attorney
By:
W.S. WILSON LEUNG
CHRISTINE Y. WONG
Assistant United States Attorneys


BRENDAN CONROY
Counsel for Mauricio Urias


FOR THE REASONS SET FORTH ABOVE, IT IS HEREBY ORDERED that the defendant's sentencing shall be continued from May 18, 2010 until July 20, 2010 at 2:00 pm.

IT IS SO ORDERED.

May 10, 2010.

IT IS SO ORDERED
Judge William Alsup