1
2
3
4
5

6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

10   UNITED STATES OF AMERICA,

11          Plaintiff,                              No. CR 08-0730 WHA

12      v.

13   MAURICIO URIAS, *et al.*,                      **ORDER CONTINUING
                                                    SENTENCING DATE OF**
14          Defendants.                             **DEFENDANT URIAS**
                                            /
15

16          Defendant Urias was scheduled for sentencing on July 20, 2010.  The parties have jointly

17   requested a continuance of the sentencing date to August 17, 2010, to provide the parties with

18   additional time to determine whether Defendant Urias is eligible for "safety-valve" relief pursuant

19   to 18 U.S.C. 3533(f).

20          The undersigned is unavailable on August 17, 2010.  Therefore, the sentencing of

21   defendant Urias cannot be continued to August 17, 2010.  Instead, the sentencing of Defendant

22   Urias will be continued to **AUGUST 10, 2010, AT 2:00 P.M.**

23

24          **IT IS SO ORDERED.**

25

26   Dated: July 19, 2010.
                                            _____
27                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE

28