IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAURICIO URIAS, *et al.*,<br><br>Defendants.<br>                                                                      / | No. CR 08-0730 WHA<br><br>**ORDER RESCHEDULING<br>TIME OF SENTENCING<br>OF DEFENDANT URIAS** |

Defendant Urias was scheduled for sentencing on August 10, 2010, at 2:00 p.m. The parties jointly request a continuance of the sentencing date to September 7, 2010, because counsel for defendant Urias has a hearing for another matter on August 10, 2010, at 2:00 p.m.

The undersigned is unavailable on September 7, 2010. Therefore, the sentencing of defendant Urias cannot be continued to September 7, 2010. Instead, sentencing of defendant Urias will be rescheduled to **AUGUST 10, 2010,** at **8:00 A.M.**

**IT IS SO ORDERED.**

Dated: July 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE